UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

United States of America,  No. 5:03CR3DCB

    Plaintiff,

    v.

James Odom,

    Defendant,

    and

US Rubber Reclaiming, Inc.

    Garnishee.

**GARNISHEE ORDER**

    A Writ of Continuing Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Continuing Garnishment, the Garnishee filed an Answer on March 4, 2010, stating that at the time of the service of the writ he/she had in his possession, or under control personal property belonging to and due defendant, and that garnishee was indebted to defendant.

    On February 2, 2010, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee withhold twenty five percent (25%) of defendant's disposable earnings and forward said payments to plaintiff until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

ORDERED this <u>30th</u> day of <u>March</u>, 2010.

                                              <u>s/David Bramlette</u>
                                              UNITED STATES DISTRICT JUDGE